IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

In re: Stephen Ellis   Chapter 13
Julie Ellis   Case No. 19-30082-SDB
Debtor(s)

## Trustee's Motion To Confirm Plan As Amended

Trustee moves that Debtor's(s') plan be confirmed. The plan, as amended commits Debtor's(s') disposable income to the plan for a period of at least thirty-six months and otherwise conforms to the requirements of Title 11. The plan, as amended will pay $_____ or more to unsecured creditors, but in any event will not pay less than _____% of the total allowed unsecured claims.

Debtor's(s') plan is amended to:

☐ Raise payments/extend plan as follows: _____

☐ Change valuation(s) as follows: _____

☐ Allow/Modify/Disallow claims as follows: _____

☒ Other: Debtor will pay $450 to unsecured creditors due to equity.

Trustee certifies that none of the foregoing amendments require notice to creditors, other than those whose consent has been given. This 14 day of January, 20 20.

_____
Chapter 13 Trustee/Attorney for
Huon Le, Jane Miller, Frederick Carpenter

If applicable:

x Julie Ellis
Debtor

_____
Creditor's Counsel

Debtor _[signature]_
Debtor's(s') Counsel
LUMAN EPPLE

_____
Creditor's Counsel

_____
Creditor's Counsel

Revised 12/1/2017   Form 2017-4-A