# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF GEORGIA
## DUBLIN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER: 13 |
| | ) | |
| Stephen A. Ellis *aka* Steve Ellis | ) | CASE NO.: 19-30082-SDB |
| and Julie A. Ellis, | ) | JUDGE: The Honorable Susan D. Barrett |
| | ) | |
| Debtors. | ) | |
| - - - - - - - - - - - - - - - - - - - - - - - - - | ) | - - - - - - - - - - - - - - - - - - - - - |
| Carrington Mortgage Services, LLC, as | ) | |
| servicer for Wilmington Savings Fund Society, | ) | |
| FSB, as Trustee of Stanwich Mortgage Loan | ) | |
| Trust A, its successors and assigns, | ) | |
| Movant, | ) | **CONTESTED MATTER** |
| vs. | ) | |
| | ) | |
| Stephen A. Ellis *aka* Steve Ellis and Julie A. | ) | |
| Ellis, Debtors; and Huon Le, Trustee, | ) | |
| | ) | |
| Respondents. | ) | |

## MOTION FOR RELIEF FROM AUTOMATIC STAY

Comes now, Carrington Mortgage Services, LLC, as servicer for Wilmington Savings Fund Society, FSB, as Trustee of Stanwich Mortgage Loan Trust A, its successors and assigns ("Movant"), a secured creditor of the above-named Debtor, and respectfully shows the Court as follows:

1.

Stephen A. Ellis *aka* Steve Ellis and Julie A. Ellis, hereinafter known as Debtors, filed a Petition for Relief under 11 U.S.C. Chapter 13 on April 30, 2019, and is therefore subject to the jurisdiction of this Court.

2.

Huon Le ("the Trustee") is the Chapter 13 Trustee and party to this action.

3.

This matter is a core proceeding pursuant to 28 USC § 157, and the court has jurisdiction pursuant to 28 USC §§ 151, 157, and 1334. This is a contested proceeding within the meaning of Bankruptcy Rule 9014, and the Bankruptcy Court has jurisdiction over this matter pursuant to 11 U.S.C. §362.

4.

Movant is a secured creditor of Debtors pursuant to a first mortgage Note and Deed to Secure Debt. The first mortgage is evidenced by a Promissory Note, dated May 9, 2000 (attached hereto as Exhibit "A"). The first mortgage Promissory Note is secured by a Deed to Secure Debt executed by Debtors, dated May 9, 2000, which conveys certain property now or formerly known as 424 Alabama Ave., Chester, GA 31012 (the "Property"). Said Deed to Secure Debt is recorded on May 16, 2000 in Deed Book 353, page 174 in Dodge County, Georgia Records (attached hereto as Exhibit "B"). The said Note and Deed of Trust have been transferred and assigned to Movant on November 7, 2017, copies of which are attached as Exhibit "C".

5.

Debtors' proposed Chapter 13 Plan filed on April 30, 2019 provided that they would make post-petition payments directly to Movant (the "Plan"). *See* ECF # 6. Movant's preference is for the Debtors to comply with the Plan, cure the post-peition arrears and continue on their successful path towards obtaining their discharge. But if they are no longer able to make the payments required by the Plan, the Court should terminate the stay to permit Movant to foreclose.

6.

The Debtors have defaulted in the post-petition mortgage payments to Movant since November 15, 2019 to October 15, 2020 (12 months) at $151.16 each month plus $650.00 in fees and $19.20 in suspense, the total post-petition deficiency of $2,444.72. Failure to make multiple payments on a secured obligation constitutes cause to terminate the stay to permit foreclosure.

7.

As of October 15, 2020, the outstanding debt owed on the Movant's Note is now approximately $25,730.39, including $22,515.51 in principal, $1,151.27 in interest, $1,401.61 in deferred amounts, and $650.00 in fees.

8.

According to Debtors' schedules, the Property has a value of $31,500.00 [Docket No.: 1.]

9.

In connection with the above-described outstanding debt, Movant has incurred attorney's fees and costs to protect its secured interest. These fees and costs are secured by the Property. Since Debtors remain delinquent on payments to Movant, Movant's security interest in said property is not adequately protected.

10.

Pursuant to 11 U.S.C. §362(d)(1), Movant is entitled to a termination of the Automatic Stay with respect to its secured property, for cause, as Debtors have failed to make the post-petition mortgage payment and all payments due thereafter and since the lack of adequate protection exists.

11.

Movant shows the Court that the failure of Debtors to maintain the monthly maintenance payments while the case is pending is in contravention of 11 U.S.C. § 1322(b)(5).

12.

Movant requests that an Order modifying the Automatic Stay be deemed a modification of the confirmed Chapter 13 Plan and therefore no longer treats Movants claim pursuant to 11 U.S.C. 1322(b)(5).

13.

Movant requests that further compliance with Federal rule of Bankruptcy Procedure 3002.1 be deemed inapplicable as to Movant in the instant bankruptcy case upon entry of an Order granting relief from the automatic stay of Section 362. Carrington Mortgage Services, LLC services the loan on the Property referenced in this Motion. In the event the automatic stay in this case is modified, this case dismisses, and/or the Debtor obtains a discharge and a foreclosure action is commenced on the mortgaged property, the foreclosure will be conducted in the name of Movant. Movant, directly or through an agent, has possession of the promissory note. Movant will enforce the promissory note as transferee in possession. Movant is the original mortgagee or beneficiary or the assignee of the Deed of Trust. Attached are redacted copies of any documents that support the claim, such as promissory notes; purchase orders; invoices; and itemized statements of running accounts, contracts, judgments, mortgages and security agreements in support of right to seek relief from the automatic stay and foreclose if necessary.

WHEREFORE MOVANT PRAYS:

(a) That the Automatic Stay entered by this Honorable Court pursuant to 11 U.S.C. § 362 be modified so as to permit the Movant to exercise its right to foreclose its secured property under the terms of its Note and Deed to Secure Debt and to send notices as required by state law.

(b) That the costs and fees associated with the filing and prosecution of this Motion by Movant, including but not limited to the filing fee, be borne by Debtors;

(c) Waiver of further compliance of Federal Rule of Bankruptcy Procedure 4001(a)(3) upon entry of an Order granting relief from the automatic stay of Section 362;

(d) Deem that an Order modifying the Automatic Stay modifies the Continued Chapter 13 Plan and no longer treats Movants Claim pursuant to 11 U.S.C. 1322(b)(5).

(e) Deem further compliance of Federal Rule of Bankruptcy Procedure 3002.1 inapplicable upon entry of an Order granting relief from the automatic stay of Section 362;

(f) That is binding and effective despite the conversion of this case to a case under any other chapter of Title 11 of the United States Code; and

(g) For such other and further relief as this Court deems just and proper.

Respectfully Submitted:

/s/Elizabeth H Parrott
Elizabeth H Parrott (GA 750965, MS 103817, NC 34704, SC 101829, TN 018420)
Weinstein & Riley, P.S.
P.O. Box 23408
Nashville, Tennessee 37202
ehplaw1@birch.net
lizp2@w-legal.com
615-742-9220 Phone
615-770-9906 Fax

5

| | |
|---|---|
| RE:   Stephen A. Ellis *aka* Steve Ellis and Julie A. Ellis,<br><br>                              Debtors. | CASE NO. 19-30082-SDB<br>CHAPTER: 13<br>JUDGE: Honorable Susan D. Barrett |

## CERTIFICATE OF SERVICE

I, the undersigned, Elizabeth H Parrott, of Weinstein & Riley, P.S., P.O. Box 23408, Nashville, TN 37202, certify under penalty of perjury pursuant to 28 U.S.C. Sec. 1746:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on November 3, 2020, I served a copy of the **"MOTION FOR RELIEF FROM AUTOMATIC STAY AND EXHIBITS"** to be filed in this bankruptcy matter by depositing a copy of the same in the United States Mail in a properly addressed envelope with adequate postage thereon to the said parties at:

| | |
|---|---|
| *Debtors:*<br>**Stephen A Ellis**<br>**Julie A Ellis**<br>2144 Chester Highway<br>Eastman, GA 31023 | *Debtors' Attorneys:*<br>**Luman C. Earle**<br>Attorney Luman C. Earle<br>1101-E Hillcrest Parkway<br>Dublin, GA 31021 |
| **Office of the U. S. Trustee**<br>Johnson Square Business Center<br>2 East Bryan Street, Ste 725<br>Savannah, GA 31401 | *Trustee*<br>**Huon Le**<br>P.O. Box 2127<br>Augusta, GA 30903 |

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on November 3, 2020      By:   /s/Elizabeth H Parrott
                                                              GA State Bar No. 750965

6