**IT IS ORDERED as set forth below:**



Date: January 7, 2021

_Susan D. Barrett_
United States Bankruptcy Judge
Southern District of Georgia

---

# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

| | |
|---|---|
| In re:<br>**Stephen A. Ellis and Julie A. Ellis,**<br><br>Debtor(s) | Case No.: **19-30082-SDB**<br>Judge: **Susan D. Barrett**<br>Chapter: **13** |

### ORDER ON MOTION FOR RELIEF FROM STAY
(Official Local Form B-55)

MOVANT: **Carrington Mortgage Services, LLC, as servicer for Wilmington Savings Fund Society, FSB, as Trustee of Stanwich Mortgage Loan Trust A, its successors and assigns**

SUBJECT PROPERTY: **424 Alabama Ave., Chester, GA 31012**

After notice and a hearing the Motion is ordered:

☐ Granted  ☐ The Trustee will discontinue distribution on the movant's claim and reduce movant's claim to the amount paid if no amended claim is filed within ____ days of this order.

☐ The Trustee shall reduce movant's claim relating to this collateral to the amount paid. Movant is granted leave to seek allowance of a deficiency claim, if appropriate.

☐ Continued to _____ at _____  ☐ am  ☐ pm

☐ Continued. The Motion will not be reassigned until a minimum of seven (7) days after Movant files and serves a Request for Assignment of Continued Hearing. That request shall not be filed until discovery is complete, including, if applicable, providing a post-petition payment history to opposing counsel.

☐ Denied.

☒ Denied on the condition that:

☐ The Debtor shall make timely post-petition payments to Movant as required by the Chapter 13 plan.

☒ The Debtor shall tender payments to Movant or take other action as follows:

Post-petition arrearage is __$2,747.04__ through the __12/15/20__ payment due date, plus attorney's fees of _____ and court costs of _____ for a total arrearage of __$2,747.04__.

☐ Debtor shall pay to Movant the sum of _____ on or before _____ which sum shall be applied to the above-referenced total arrearage.

☒ Debtor shall cure the foregoing arrearage in full by making additional monthly payments to the Movant in the sum of __$305.23__ per month beginning __1/15/21__ and continuing on the __15th__ day of each successive month thereafter, with a final additional payment of __$305.23__ being due on or before __9/15/21__.

☒ Debtor shall recommence making regular monthly payments to Movant, as same come due under the applicable loan documents, including any insurance premiums which may come due thereunder, (subject to adjustment if provided in the contract) beginning __01/15/21__, and maintain current monthly payments thereunder for the pendency of this case. All payments must include the last four digits of the account number __1123__ and shall be sent to the following address, depending on the type of payment:

> **Carrington Mortgage Services**
> **P.O. Box 3730**
> **Anaheim, CA 92806**

STRICT COMPLIANCE IS ORDERED as follows:

☒ That in the event the debtor fails to comply with the terms of this order, the movant, through its attorney of record, may file an affidavit establishing the default, served upon the debtor and debtor's attorney. Upon the expiration of fourteen (14) days without the filing of a counter-affidavit by the debtor disputing the fact of default, an order will be entered lifting the automatic stay, converting the case to a Chapter 7 or dismissing the case without further motion, notice or hearing.

☒ The strict compliance provision of this Order shall expire on __10/15/21__.

☒ Other provisions:

> B.R. 4001(a)(3) is waived.
>
> Carrington will file an amended claim to include the fees and costs of $1050.00 and $181.00 (totaling $1231.00). The fess and costs to be paid by the Trustee over the life of the plan.
>
> In the event Movant is granted relief from stay, the Trustee shall reduce Movant's claim(s) relating to this collateral to the amount paid.

**NOTE TO COUNSEL: THE COURT REQUIRES ANY FORM MODIFICATIONS AND/OR NONCONFORMING TERMS TO BE PLACED IN THE "OTHER PROVISIONS" SECTION ABOVE, OR ON A SEPARATE PAGE.**

[END OF DOCUMENT]

| /s/ Elizabeth H Parrott | /s/ Luus C. Euer | | /s/ Jane E. Miller |
|---|---|---|---|
| Attorney for Movant | Attorney for Respondent/Debtor | Debtor | Trustee |
| Elizabeth H Parrott | Luman C. Earle | Stephen & and Julie Ellis | Huon Le |
| Name (print) | Name (print) | Name (print) | Name (print) |
| 750965 | 237150 | | |
| GA Bar No. | GA Bar No. | | |

Jane E. Miller – GA Bar # 256304
Attorney for Chapter 13 Trustee Huon Le
570 James Brown Blvd., Augusta, GA 30901
(706) 724-1039
Correspondence@chp13aug.org

Prepared by: s/ Elizabeth H Parrott

| Attorney Name | Elizabeth H Parrott |
|---|---|
| Attorney for | Movant |
| Bar Number | 750965 |
| Address | P.O. Box 23408 |
| City, St, Zip | Nashville, Tennessee 37202 |
| Telephone | 615-742-9220 |
| Email | lizp2@w-legal.com |